IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF  DIVISION

PAMELA ALLEN                                                                     PLAINTIFF

vs.                                        CASE NO. **5:02CV00379GH**

TOBACCO SUPERSTORE, INC., ET AL.                               DEFENDANTS

## ORDER

On June 17, 2005, , the Court entered judgment in favor of plaintiff on her race discrimination and retaliation claims with regard to defendants' failure to promote her.   The Court entered a lengthy Memorandum Opinion and Order setting forth detailed findings of fact.  Defendants now request a new trial or remittitur.  They also request that the Court amend its factual findings.

The Court need not belabor the arguments raised by defendants. The request that the Court amend its findings in accordance with defendants' wishes is without merit.  The Court heard the testimony and carefully reviewed the record before issuing its Order.   The Court found that defendants retaliated and discriminated against plaintiff and is persuaded that there is absolutely no basis to amend the findings or find that defendants are entitled to judgment based upon their proposed amended findings.    The findings of the Court are not contrary to the evidence and the conclusions are not contrary to the applicable law.

Defendants are not entitled to a new trial or remittitur of damages.  The Court has previously addressed the issues raised with regard to defendants' request for a new trial.  The Court determined, after considering the evidence, that the damages it awarded plaintiff were appropriate and there is no basis for the Court reconsidering its decision.

Accordingly, the motion to amend the findings and judgment of the Court or

alternatively, for new trial or remittitur is denied; the motion for leave to file a reply is granted; the motion for stay of execution is granted.

IT IS SO ORDERED this 12th day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE